Nancy H. Brackett



Madisonville, TN ▇▇▇▇

May 28, 2020

MRS BPO, LLC
1930 Olney Avenue
Cherry Hill, NJ 08003

To Whom It May Concern:

I am writing to dispute your account numbered ▇▇▇▇▇▇4253. I dispute I owe this debt. Any equipment I ever received from DirecTV was returned to them.

I am requesting the following information be provided within the next thirty days, or stated reasons why any of this information cannot be provided:

- A copy of the original signed agreement between me and each original creditor.
- A copy of the complete transaction and payment history.
- Proof that you have been assigned the account for collection purposes or have purchased the account.
- The current balance owed for this account.

Please forward a copy of the requested documentation to the address listed above. If you have any questions, please contact me at the above address.

Sincerely,

*[signature: Nancy H. Brackett]*

Nancy H. Brackett

```
=====================================
           MADISONVILLE
          161 WARREN ST
     MADISONVILLE, TN 37354-9998
            475436-0354
           (800)275-8777
         05/29/2020 12:07 PM
=====================================
=====================================
-------------------------------------
Product              Qty   Unit    Price
                           Price
-------------------------------------
First-Class Mail®     1   $0.55    $0.55
Letter
   (Domestic)
   (CHERRY HILL, NJ 08003)
   (Weight:0 Lb 0.30 Oz)
   (Estimated Delivery Date)
   (Tuesday 06/02/2020)
Certified                          $3.55
   (USPS Certified Mail #)
   (70183090000001989917)
Return Receipt                     $2.85
   (USPS Return Receipt #)
   (9590940253289154516623)
Affixed Postage                   ($0.55)
   (Affixed Amount:$0.55)
-------------------------------------
Total:                             $6.40
-------------------------------------

Cash                               $6.40
-------------------------------------

*************************************
    Due to limited transportation
    availability as a result of
    nationwide COVID-19 impacts
    package delivery times may be
    extended. Priority Mail Express®
    service will not change.
*************************************

Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit www.usps.com
USPS Tracking or call 1-800-222-1811.


          Preview your Mail
          Track your Packages
          Sign up for FREE @
          www.informeddelivery.com


   All sales final on stamps and postage.
   Refunds for guaranteed services only.
       Thank you for your business.

         HELP US SERVE YOU BETTER

       TELL US ABOUT YOUR RECENT
            POSTAL EXPERIENCE

                Go to:
     https://postalexperience.com/Pos

   840-5370-0210-003-00034-20231-02

         or scan this code with
           your mobile device:
```

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

CHERRY HILL NJ 08003                    0354
                                         14

| | |
|---|---|
| Certified Mail Fee | $3.55 |
| $ | |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $ $0.00 |
| ☐ Return Receipt (electronic) | $ $0.00 |
| ☐ Certified Mail Restricted Delivery | $ $0.00 |
| ☐ Adult Signature Required | $ |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $0.55 |
| $ | |
| Total Postage and Fees | |
| $ $6.95 | |
| Sent To | |
| Street and Apt. No., or PO Box No. | |
| City, State, ZIP+4® | |

Postmark
Here
05/29/2020

7018 3090 0000 0198 9917

PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   MRS BPO, LLC
   1930 Olney Avenue
   Cherry Hill NJ 08003

2. Article Number (Transfer from service label)
   7018 3090 0000 0198 9917

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]              ☐ Agent
                              ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   [signature]                   6/3/[?]

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

9590 9402 5328 9154 5166 23

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

Case 3:20-cv-00500-CEA-DCP   Document 1-1   Filed 11/20/20   Page 2 of 2   PageID #: 17