

MADISONVILLE
161 WARREN ST
MADISONVILLE, TN 37354-9998
475436-0354
(800)275-8777
05/29/2020 12:07 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Mail® Letter | 1 | $0.55 | $0.55 |

(Domestic)
(CHERRY HILL, NJ 08003)
(Weight:0 Lb 0.30 Oz)
(Estimated Delivery Date)
(Tuesday 06/02/2020)

| Certified | | | $3.55 |

(USPS Certified Mail #)
(70183090000001989917)

| Return Receipt | | | $2.85 |

(USPS Return Receipt #)
(9590940253289154516623)

| Affixed Postage | | | ($0.55) |

(Affixed Amount:$0.55)

Total: $6.40

Cash $6.40

Due to limited transportation availability as a result of nationwide COVID-19 impacts package delivery times may be extended. Priority Mail Express® service will not change.

Text your tracking number to 28777 (2USPS) to get the latest status. Standard Message and Data rates may apply. You may also visit www.usps.com USPS Tracking or call 1-800-222-1811.

Preview your Mail
Track your Packages
Sign up for FREE @
www.informeddelivery.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

HELP US SERVE YOU BETTER

TELL US ABOUT YOUR RECENT
POSTAL EXPERIENCE

Go to:
https://postalexperience.com/Pos

840-5370-0210-003-00034-20231-02

or scan this code with
your mobile device:

or call 1-800-410-7420.

**Certified Mail Receipt (handwritten addressee):**
MRS BPO, LLC
1930 Olney Avenue
Cherry Hill NJ 08003

Article Number: 9590 9402 5328 9154 5166 23
Transfer from service label: 7018 3090 0000 0198 9917

Certified Mail Fee: $3.55
Return Receipt: $2.85
Postage: $0.55
Total Postage and Fees: $6.95
Postmark Date: 05/29/2020