## Message Regarding Your DIRECTV Account

From: CUSTOMER MESSAGE (message@mrsbpo.net)

To:

Date: Tuesday, May 12, 2020, 11:29 AM EDT

*If you are not* NANCY BRACKETT, *please disregard and immediately delete this message.*





Creditor: DIRECTV
Creditor Acct#: XXXX3817
MRS Acct #: ████4253
**ACCOUNT BALANCE: $140.91**
5/12/2020

Dear NANCY BRACKETT,

The above referenced creditor has placed your account with our office for collection. We recognize that sometimes circumstances or events can make it difficult to satisfy your financial obligations.

Resolving a long overdue debt is never easy. Often the hardest part is taking the first step. We are ready to assist you to find a solution that is both fair and reasonable.

Payment may be made by calling (855) 910-8535, mailing to the address below, or by using our online payment website at https://mrspay.webview.com.

**IMPORTANT CONSUMER INFORMATION**

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request of this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor. Sincerely,

# MRS BPO, L.L.C.
(855) 910-8535

This is an attempt to collect a debt and any information obtained will be used for that purpose.
This communication is from a debt collector.

You can view our privacy policy at https://www.mrsbpo.com/privacy-policy

<u>Send Payments To:</u>
MRS BPO, L.L.C.
1930 OLNEY AVE
CHERRY HILL, NJ 08003

<u>Office Hours:</u>
Monday - Thursday 9am - 9pm ET
Friday               9am - 5pm ET

<u>TENNESSEE RESIDENTS:</u>
This collection agency is licensed by the Collection Service Board, State Department of Commerce and Insurance.

001TWCwWP_E

If you would like to stop receiving emails about this account from MRS, please click on the following link