

**EXHIBIT 4**
Case 3:20-cv-00500-CEA-DCP   Document 1-4   Filed 11/20/20   Page 1 of 1   PageID #: 21