856-263-2387
Thursday 5/21/2020



> Please contact MRS Assoc. regarding a DIRECTV matter at (833) 390-0110. This is an attempt to collect a debt and any information obtained will be used for that purpose. MRS is a debt collector.

mms 11:16 AM