

# DIRECTV

**BILLING STATEMENT**

PAGE 1 OF 6
Statement Date: 01/14/20
Billing Period: 12/16/19 to 01/13/20

Account #: ███3817
Statement for: NANCY BRACKETT
███
MADISONVILLE, TN ███

*SORRY TO LOSE YOU AS A CUSTOMER*

## WHAT DO I OWE AND WHEN?



TOTAL DUE: -$6.58

NO PAYMENT DUE 2020 ✓

## WHAT IS MY ACCOUNT OVERVIEW?

| | |
|---|---|
| Previous Balance | $152.99 |
| Payments Received Since Last Bill | -152.99 |
| **New Charges:** | |
| Activity Since Last Bill | 0.00 |
| Other Discounts | -10.00 |
| Other Charges, Adjustments & Taxes | 3.42 |
| **Total New Charges** | **-6.58** |
| **TOTAL AMOUNT DUE** | **-$6.58** |

This account is no longer active

## WHAT DO I NEED TO KNOW?

- Equipment Return instructions will arrive via email or postal mail within 2-4 days.
- A slam dunk price drop! Get NBA League Pass for $24.99 for 4 mos. Auto-renewal & other terms apply.
- Go Green! Visit directv.com/recycle to learn how to recycle unwanted receivers & small electronic devices for free.

*For additional information, see page 2.*

**HOW DO I PAY?**

 It's easy to pay online at directv.com/billpay

 By mail—send remittance below

📞 Call us at 1.800.531.5000 and say, "Pay my bill" Transaction fee may apply

📱 By mobile, text PAY to 21880 *Text msg rates may apply

---

**PLEASE FOLD ALONG PERFORATION, DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT**



DIRECTV

| ACCOUNT NUMBER: | PAYMENT DUE: | CREDIT BALANCE: | PAYMENT AMOUNT: |
|---|---|---|---|
| ███3817 | None | -$6.58 | No action required |

☐ Note my change of billing address on reverse side.
**DO NOT WRITE OTHER COMMENTS ON THIS FORM.**

NANCY BRACKETT
███
MADISONVILLE, TN ███

**EXHIBIT 6**