UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

NANCY BRACKETT,

    Plaintiff,

v.

MRS BPO, LLC d/b/a MRS ASSOCIATES, INC.,

    Defendant.

Case No. 3:20-CV-00500

Receipt # K3042618

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned, counsel for **Defendant, MRS BPO, LLC d/b/a MRS Associates, Inc.** moves for admission to appear in this action *pro hac vice*.

Pursuant to E.D. Tenn. L.R. 83.5(b)(1). **FILING FEE = $90.00**

[✔] I am a member in good standing of the highest court of the following state, territory or the District of Columbia (list **ALL** states):

    Minnesota and Wisconsin

[✔] **AND** I am a member in good standing of another U.S. District Court. <u>A certificate of good standing from the **DISTRICT** court is attached.</u> ).

**OR**

Pursuant to E.D. Tenn. L.R. 83.5(b)(2). **NO FILING FEE REQUIRED.**

[ ] An application for my admission to practice in this Court is currently pending.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 5/14/21

_____
(Signature–hand signed)

Name: Bradley R. Armstrong
Firm: Moss & Barnett, PA
Address:
    150 South Fifth Street, Suite 1200, Minneapolis, MN 55402

Email address: bradley.armstrong@lawmoss.com

Once your motion is granted, you must register as an E-Filer with this Court. For instructions visit the Court's website.

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

## CERTIFICATE OF GOOD STANDING

I, _____ Kate M. Fogarty _____ , Clerk of this Court,

certify that _____ Bradley R. Armstrong _____ , Bar # _____ 393524 _____ ,

was duly admitted to practice in this Court on _____ 12/12/2013 _____ , and is in good standing as a member

of the Bar of this Court.

Dated at _____ St. Paul, MN _____ on _____ 05/12/2021 _____
*(Location)* *(Date)*

Kate M. Fogarty
*CLERK*

*DEPUTY CLERK*